UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TROY DEIMERLY,<br><br>  Plaintiff,<br>  v.<br><br>DAVE JOHNSON, *et al.*,<br><br>  Defendants. | Case No.  C06-5002 RBL/KLS<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR COPY OF DOCKET |

   This 42 U.S.C. § 1983 civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3, and MJR 4.  Before the Court is Plaintiff's request for verification that various filings have been received and docketed by the Court Clerk.

   Accordingly, the Clerk of the Court is directed to send a copy of the docket to Plaintiff.

   DATED this  9th   day of November, 2006.

                                                                              /s/ Karen L. Strombom
                                                                              Karen L. Strombom
                                                                              United States Magistrate Judge

ORDER
Page - 1