1

2

3

4

5                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
6                            AT TACOMA

7    TROY DEIMERLY,

8                    Plaintiff,                    Case No. C06-5002 RBL/KLS

9         v.                                       ORDER ADOPTING REPORT AND
                                                   RECOMMENDATION
10   DAVE JOHNSON, *et al.*,

11                   Defendants.

12        The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L.

13   Strombom, objections to the Report and Recommendation, if any, and the remaining record, does

14   hereby find and ORDER:

15        (1)    Plaintiff's Letter/Motion regarding Lost Correspondence [Dkt. #63] will be
                 considered by the Court as an Objection to the Report and Recommendation.  One
16               basis for the recommendation to grant defendant's motion for summary judgment is
                 that plaintiff failed to respond in opposition to the motion in violation of Local Rule
17               CR 7(b).  Plaintiff's objection relates to the failure of Safford Creek Correction
                 Center to send out some of his legal mail dated September 5, 2006 and October 3,
18               2006.  This lawsuit involves allegations that defendant acted with deliberate
                 indifference to his serious medical needs.  This motion for summary judgment was
19               filed after plaintiff complained that his legal papers were not mailed out by Safford
                 Creek; therefore, his objection does not relate to or explain why he failed to respond
20               to defendant's motion for summary judgment.  As such, plaintiff's objection is
                 **DENIED**.
21

22        (2)    The Court adopts the Report and Recommendation;

23        (3)    Defendant Alves' motion for summary judgment (Dkt. #44) is **GRANTED**; and

24

25

26   ORDER - 1

1     (4)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant
2          and to the Hon. Karen L. Strombom.

3     DATED this 18th day of December, 2006.

4

5     RONALD B. LEIGHTON
     UNITED STATES DISTRICT JUDGE

26    ORDER - 2