1

2

3

4

5                     UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

6                             AT TACOMA

7 TROY DEIMERLY,

8          Plaintiff,               Case No. C06-5002 RBL/KLS

9     v.                        ORDER ADOPTING REPORT AND
RECOMMENDATION

10 DAVE JOHNSON, *et al.*,

11          Defendants.

12        The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L.

13 Strombom, objections to the Report and Recommendation, if any, and the remaining record, does

14 hereby find and ORDER:

15      (1)    Plaintiff's Letter/Motion regarding Lost Correspondence [Dkt. #63] will be
considered by the Court as an Objection to the Report and Recommendation.  One

16           basis for the recommendation to grant defendants' motion for summary judgment is
that plaintiff failed to respond in opposition to the motion in violation of Local Rule

17           CR 7(b).  Plaintiff's objection relates to the failure of Safford Creek Correction
Center to send out some of his legal mail dated September 5, 2006 and October 3,

18           2006.  This lawsuit involves allegations that defendants acted with deliberate
indifference to his serious medical needs.  This motion for summary judgment was

19           filed after plaintiff complained that his legal papers were not mailed out by Safford
Creek; therefore, his objection does not relate to or explain why he failed to respond

20           to defendants' motion for summary judgment.  As such, plaintiff's objection is

21           **DENIED**.

22      (2)    The Court adopts the Report and Recommendation;

23      (3)    The motion for summary judgment of Defendants Dave Johnson, Detective Sergeant
C. J. Chastain and Officer Ron Morella (Dkt. #49) is **GRANTED**; and

24

25

26 ORDER - 1

1

2

(4)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant
       and to the Hon. Karen L. Strombom.

3

DATED this 18th day of December, 2006.

4

5

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26    ORDER - 2